# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2007

128995

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KURT MICHAEL HADDEN,
        Defendant-Appellant.

SC: 128995
COA: 253084
Cheboygan CC: 03-002712-FC

_____/

On order of the Court, the application for leave to appeal the May 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would vacate the decision of the Court of Appeals and remand this case for a new trial.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

s0122